# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-62261-CIV-BLOOM/VALLE

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **14-62261-CIV-BLOOM/VALLE**

Diane McBride

Plaintiff(s)

v.

Reit Management & Research

Defendant(s)

FILED by _____ D.C.
OCT 01 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**(TITLE OF DOCUMENT)**

I, Diane McBride, plaintiff or defendant, in the above styled cause,

Filed a Harrassment Charge with EEOC and a Retialiation Charge against my Employer Park Summit Assisted Living Nursing & Rehab Center back in July 2013. I was Wrongfully Terminiated from my Job on Sept. 25, 2013. After the above Charge was Served to This Employer.

EEOC Form 161 (11/09)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Diane McBride**<br>P.O. Box 541071<br>Opa Locka, FL 33054 | From: **Miami District Office**<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2013-04118 | Delia Hernandez,<br>Investigator | (305) 808-1818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     *[signature]*

                    **Malcolm S. Medley,**          *(Date Mailed)*
                    **District Director**

cc:   **REIT MANAGEMENT & RESEARCH**
      c/o Brian McDermott, Esq.
      Ogletree Deakins law Firm
      111 Monument Circle – Suite 4600
      Indianapolis, IN 46204

(Rev. 10/2002) General Document

**Certificate of Service**

I DIANE MCBRIDE, certify that on this date SEPT. 30, 2014 a true copy of the foregoing document was mailed to: REIT MANAGEMENT TO RESEARCH
name(s) and address(es)
PARK Summit BRIAN MCDERMOTT, ESQ. OGLETREE DEAKINS LAW FIRM 111 MONUMENT CIRCLE Suite 4600 INDIANAPOLIS, IN 46204

By:
DIANE MCBRIDE
Printed or typed name of Filer                    Signature of Filer

Florida Bar Number                                E-mail address

(786) 230-0712
Phone Number                                      Facsimile Number

P.O. Box 541071
Street Address

OPA LOCKA, FLA. 33054-1071
City, State, Zip Code